**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1000

KENDALL R. SMITH,

Plaintiff - Appellant,

v.

NEW REZ, LLC; NORTH STAR PROPERTIES, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:21-cv-03225-PX)

Submitted:  June 15, 2023                                Decided:  June 21, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kendall R. Smith, Appellant Pro Se.  David Tony Long, Jr., Andrew Justin Narod, BRADLEY ARANT BOULT CUMMINGS LLP, Washington, D.C.; Lawrence Henry Kirsch, LAW OFFICES OF LARRY H. KIRSCH, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendall R. Smith appeals the district court's order denying his motions for default judgment and dismissing his amended civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Smith v. New Rez, LLC*, No. 8:21-cv-03225-PX (D. Md. filed Nov. 30, 2022; entered Dec. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*